# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RH KIDS, LLC,

      Plaintiff

v.

QUALITY LOAN SERVICE
CORPORATION, et al.,

      Defendants

Case No.: 2:22-cv-00297-APG-EJY

**Order to Show Cause Why This Action
Should Not Be Remanded for Lack of
Subject Matter Jurisdiction**

Defendant Lakeview Loan Servicing, LLC removed this action from state court based on diversity jurisdiction. ECF No. 1. The removing party has the burden to prove that this court has jurisdiction. But Lakeview does not identify the citizenship of its members, the members of defendant Nevada Legal News, LLC, or the members of plaintiff RH Kids, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Further, Lakeview does not take a position on whether defendant Quality Loan Service Corporation should be counted for diversity purposes. *See* ECF No. 1 at 3 n2. Consequently, I cannot determine whether there is complete diversity between the plaintiffs and the defendants.

I THEREFORE ORDER that defendant Lakeview Loan Servicing, LLC shall show cause in writing why this case should not be remanded to state court for lack of subject matter jurisdiction. Failure to respond by March 11, 2022 will result in remand to the state court.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that by March 11, 2022, plaintiff RH Kids, LLC shall respond to the contention in the notice of removal that defendant Nevada Legal News, LLC has been fraudulently joined.

DATED this 22nd day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE