# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, | Case No.: 2:22-cv-00297-APG-EJY |
| Plaintiff | **Order Dismissing Defendant Nevada Legal News** |
| v. | |
| QUALITY LOAN SERVICE CORPORATION, et al., | |
| Defendants | |

On April 25, 2022, plaintiff RH Kids, LLC was advised by the court that its claims against defendant Nevada Legal News, LLC would be dismissed without prejudice unless by May 25, 2022, RH Kids either filed proper proof of service or showed good cause why such service was not timely made. RH Kids has failed to do so.

I THEREFORE ORDER that plaintiff RH Kids, LLC's claims against defendant Nevada Legal News, LLC are DISMISSED without prejudice.

DATED this 26th day of May, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE