JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
E-mail: yosuphonglaw@gmail.com
*Attorney for RH KIDS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICING CORPORATION, a California corporation registered with the Nevada Secretary of State; LAKEVIEW LOAN SERVICING, LLC, a National banking association; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-00297-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CONTINUE ALL DEADLINES INCLUDING RULE 26(f) CONFERENCE AND DEADLINE TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules LR 6-1 and 26-1, the undersigned parties hereby stipulate and agree to the submission of the Stipulated Discovery Plan and Scheduling Order as set forth more fully below.

1. On May 20, 2022, counsel for Plaintiff and counsel for Defendant, LAKEVIEW LOAN SERVICING, LLC (Defendant), conducted the Rule 26(f) conference.

2. Although Plaintiff's counsel and counsel for Defendant agreed as to the contents of a proposed Stipulated Discovery Plan and Scheduling Order, Plaintiff's counsel and counsel for Defendant agreed to a stay of this matter, including a stay of all discovery, pending resolution of the *sub judice* Motion to Remand the Case to State Court [ECF No. 12] and the outcome of those motions may either result in the dismissal of remand of this action or may considerably alter the scope of discovery.

1

3.   For different reasons, Defendants, QUALITY LOAN SERVICING CORPORATION and NEVADA LEGAL NEWS, LLC, have not filed a responsive pleading or any other response to the Complaint. QUALITY LOAN SERVICING has sought non-monetary status and NEVADA LEGAL NEWS has not yet been served with the Complaint, the acquiescence of those parties to this stipulation is, therefore, unnecessary.

4.   This matter concerns a foreclosure sale that Defendant noticed on a property owned by Plaintiff. As part of this stipulation, Defendant agrees not to move forward with the foreclosure until the stay on discovery is lifted so long as any claims remain pending after the issuance of the orders on the pending motions.

5.   Based on the agreement of counsel, the parties hereby stipulate and agree that:

- all discovery in this matter (including, without limitation, Initial Disclosures, and the Stipulated Discovery Plan and Scheduling Order) is stayed until thirty (30) days after the Court issues orders either granting or denying all of the above-mentioned motions so long as any claims remain pending after the issuance of said orders;
- any party may seek or oppose a further stay of discovery in this matter;
- subject to another agreement of the parties or a motion by any of the parties seeking a further stay, the Stipulated Discovery Plan and Scheduling Order shall be due thirty (30) days after the stay expires; and
- LAKEVIEW LOAN SERVICING, LLC shall not move forward with the foreclosure sale of the subject property until the stay on discovery is lifted so long as any claims remain pending after the issuance of the orders on the pending motions.

///
///
///
///
///
///
///

2

6. The parties enter this stipulation in good faith and not out of a desire to harass or delay the litigation of this action.

IT IS SO AGREED AND STIPULATED.

DATED this 3rd day of June, 2022.

| /s/ *Matthew P. Pawlowski* <br> MATTHEW P. PAWLOWSKI, ESQ. <br> State Bar No. 009889 <br> MCCARTHY & HOLTHUS, LLP <br> 9510 W. Sahara Ave., Ste. 200 <br> Las Vegas, Nevada 89117 <br> mpawlowski@mccarthyholthus.com <br> *Attorney for LAKEVIEW LOAN SERVICING, LLC* | /s/ *Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> State Bar No. 005995 <br> HONG & HONG LAW OFFICE <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br> yosuphonglaw@gmail.com <br> *Attorney for RH KIDS, LLC* |

**IT IS SO ORDERED.**

*[signature]*

UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2022

3